*Seymour J. Ugelow* and *A. Alfred Conrad* for motions.
*Louis P. Goldberg* opposed.

Motions granted and appeals dismissed, with costs and $10 costs of motion, upon the ground that the orders do not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL LESSER, Appellant.

Submitted February 24, 1953; decided March 5, 1953.

Application for reargument denied.   [See 304 N. Y. 903.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* IRWIN SLATER, Defendant, and BESS BERNARD, Appellant.

Submitted February 24, 1953; decided March 5, 1953.

Motion for reargument or for modification of sentence denied. [See 304 N. Y. 896.]

BRISTOL PAPER PRODUCTS, INC., Appellant, *v.* AMEXIMPO, INC., Respondent.

Argued January 20, 1953; decided March 6, 1953.

*Samuel B. Waterman* and *Arnold E. Rosenblum* for appellant.

*Frank G. Wittenberg* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

JAMES P. GARIPPA, Respondent, *v.* ISIDORE WISOTSKY et al., Appellants.

Argued January 12, 1953; decided March 6, 1953.